MARIE HANLEY et al., Respondents, *v.* CENTRAL SAVINGS BANK et al., Appellants.

Argued April 10, 1939; decided May 16, 1939.

*Daniel Mungall, Charles H. Lane* and *Leo F. Potts* for Max Hochman, appellant.

*F. A. W. Ireland* for Central Savings Bank, appellant.

*Joseph S. Robinson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. LEHMAN and FINCH, JJ., dissent as to Central Savings Bank.